IN RE MALONEY.

[Cite as *In re Maloney,* 96 Ohio St.3d 307, 2002-Ohio-4214.]

(No. 2001–1726—Submitted and decided August 16, 2002.)

{¶ 1} Oral argument is cancelled.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re Bicknell,* 96 Ohio St.3d 76, 2002-Ohio-3615, 771 N.E.2d 846.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., would order the parties to show cause why this cause should not be decided on the authority of *In re Bicknell.*

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting.

{¶ 3} I respectfully dissent for the reasons set forth in my dissenting opinion in *In re Bicknell,* 96 Ohio St.3d 76, 2002-Ohio-3615, 771 N.E.2d 846, ¶ 19–21.

Scott E. Knox, for appellant Richard Clark Maloney.

Jillian S. Davis and Raymond V. Vasvari, Jr., for amicus curiae American Civil Liberties Union of Ohio Foundation, in support of appellant.

Heather C. Sawyer and Susan J. Becker, for amici curiae Ohio Psychological Association, National Association of Social Workers and its Ohio Chapter, American Public Health Association, American Counseling Association, Lambda Legal Defense and Education Fund, Inc., and Ohio Human Rights Bar Association, in support of appellant.

David R. Langdon, urging affirmance for amicus curiae American Family Association of Ohio.